CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Michael Dino Peraino**<br>DOB: 1961; United States Citizen<br>**Tyler Michael Thayer**<br>DOB: 1993; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>25-02340MJ |

Complaint for violation of Title 18, United States Code, §§ 2113(a) and 2

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about July 10, 2025, in Safford, in the District of Arizona, the defendants, **Michael Dino Peraino** and **Tyler Michael Thayer**, by force, violence, and intimidation, did take from the person or presence of another, money, namely approximately $10,000, belonging to and in the care, custody, control, management, and possession of the Chase Bank located at 321 W. Main Street, Safford, AZ, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation; all in violation of Title 18, United States Code, Sections 2113(a) and 2.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
On July 10, 2025, two subjects executed a bank robbery in Safford, within the District of Arizona, at the Chase Bank, located at 321 W. Main Street, Safford, AZ. Chase Bank deposits were then insured by the Federal Deposit Insurance Corporation. **Tyler Michael THAYER** drove a maroon 2010 Chrysler Town and Country to the bank where he dropped off **Michael Dino PERAINO** at Chase Bank. **PERAINO** donned a quasi-disguise, entered the bank, and approached a female teller. **PERAINO** handed a note with written instructions to the victim teller. The instructions directed the teller to give **PERAINO** $10,000. **PERAINO** told the teller to hurry and stated he had a firearm. When the teller looked up to ask him a question, **PERAINO** told the victim teller not to look at him, repeated he had a firearm, and motioned toward his waistband with his hand. The victim teller provided **PERAINO** $6,000 in $100 bills, $2,000 in $50 bills, and $2,000 in $20 bills, totaling $10,000. **PERAINO** then exited the bank and re-entered **THAYER's** vehicle. **THAYER** and **PERAINO** drove to a Walmart wherein **PERAINO** wrapped the cash in tin foil and hid it inside the engine compartment. **THAYER** and **PERAINO** then drove to the Apache Gold Casino and Resort in San Carlos, Arizona.

Safford Police Department Detectives worked with the San Carlos Police Department to locate **THAYER's** vehicle at the casino. Law enforcement located **THAYER** and **PERAINO** inside the casino and arrested them. **THAYER** and **PERAINO** had bulk cash on their persons at the time of their arrests. Detectives secured state warrants for the vehicle and a hotel room at the resort. More bulk cash was found hidden in a garbage can inside their hotel room. The tin foil used to hide the cash was recovered from the hotel room. A $2,000 cash strap was found in the passenger seat of the vehicle. The note with written instructions for the teller was found torn into pieces inside the vehicle. Black eyeliner was also found in the vehicle. A firearm was not found during the execution of the state warrants. Law enforcement reviewed bank surveillance footage that depicts **PERAINO** with a black moustache. However, upon arrest of **PERAINO**, agents saw that his moustache did not appear dark but had grey hair. The footage also shows **PERAINO** wearing glasses.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED by AUSA R. Arellano *Raquel Arellano* Digitally signed by RAQUEL ARELLANO Date: 2025.07.15 09:33:53 -07'00' | SIGNATURE OF COMPLAINANT<br>**ALEXIS SWOBODA** Digitally signed by ALEXIS SWOBODA Date: 2025.07.15 10:39:24 -07'00'<br><br>OFFICIAL TITLE<br>SA Alexis Swoboda, FBI |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 15, 2025 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

25-02340MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

In a post-*Miranda* interview, **THAYER** admitted to driving **PERAINO** to the Chase Bank. He said **PERAINO** entered the bank and returned with cash. **THAYER** described **PERAINO's** appearance when he entered and exited the bank. The description matched video security system images of the person who robbed the bank. **THAYER** was shown a photo of the robber and identified him as **PERAINO**. **THAYER** admitted the money on his person during his arrest was given to him by **PERAINO** at the casino. **THAYER** also stated that before going to the bank, they first stopped at a Safeway to purchase tin foil. They later stopped at a Dollar General wherein **PERAINO** purchased items such as a black eyeliner and fake glasses. **THAYER** said he drove **PERAINO** to Chase Bank and waited in his vehicle. After the robbery, **THAYER** drove **PERAINO** to a Walmart where **PERAINO** washed the makeup off his face, took off his shirt, and they wrapped the money in tin foil before driving to the Apache Gold Resort and Casino.